UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                               :
DALMADO GAUTIER, et al.,                  :
                                 Plaintiffs,   :
                                                    :      20 Civ. 3776 (LGS)
                  -against-                :
                                                    :      ORDER
3 WAY RESTAURANT, INC., et al.,      :
                                 Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated June 5, 2020, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

       WHEREAS, the initial pretrial conference is currently scheduled for July 30, 2020, at 10:40 a.m.;

       WHEREAS, on May 20, 2020, Plaintiffs filed an affidavit of service of the Summons and Complaint on Defendant 3 Way Restaurant, Inc.  *See* Dkt. No. 11.  Defendant 3 Way Restaurant, Inc. has not timely answered and has not appeared;

       WHEREAS, Defendants Miguelina Y. Luna or Luis O. Bruno have not appeared and no proofs of service have been filed;

       WHEREAS, Plaintiffs filed a letter and proposed case management plan, but no <u>joint</u> letter or jointly proposed case management plan was filed; it is hereby

       **ORDERED** that if Plaintiffs have been in communication with Defendants, then the parties shall file the <u>joint</u> status letter and proposed case management plan as soon as possible and no later than **July 27, 2020**, at **noon**.  If Plaintiffs have not been in communication with Defendants, Plaintiffs shall file a status letter (1) apprising the Court of the efforts to serve Defendants Miguelina Y. Luna or Luis O. Bruno; (2) proposing a deadline by which to move for default judgment against Defendant 3 Way Restaurant, Inc. pursuant to this Court's Individual

Rules; and (3) requesting an adjournment of the initial conference as soon as possible and no later than **July 27, 2020**, at **noon**.

Dated: July 24, 2020
      New York, New York

                                          **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**