UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X    DOCKET NO. 1:20-cv-03776-LGS

DALMADO GAUTIER, *individually and on behalf of others similarly situated*,

                                Plaintiff(s),

     -against-

3 WAY RESTAURANT, INC. (d/b/a 3 WAY),    **NOTICE OF APPEARANCE**
MIGUELINA Y. LUNA, and LUIS O. BRUNO,

                                Defendant(s).
-------------------------------------------------------------X


       The undersigned hereby appears as counsel for Defendants 3 WAY RESTAURANT, INC., MIGUELINA Y. LUNA, and LUIS O. BRUNO.


Dated:   Bronx, New York
            September 26, 2020

/S/
**BENJAMIN SHARAV**
IBS-8536
917-392-9887
Juris_ben@msn.com
Attorney for Defendants
3 WAY RESTAURANT, INC.,
MIGUELINA Y. LUNA, and LUIS O. BRUNO
930 Grand Concourse
Bronx, NY 10451
Tel.: (718) 401-1600
v.j.molina@verizon.net

To:   MICHAEL FAILLACE & Associates, P.C.
Jordan Gottheim, Esq.
*Attorneys for Plaintiffs*
60 East 42nd Street, suite 4510
New York, NY 10165
Tel.: (212) 317-1200
michael@faillacelaw.com
jgottheim@faillacelaw.com