UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DALMADO GAUTIER, et al.,                                    :
                              Plaintiffs,                   :
                                                            :     20 Civ. 3776 (LGS)
            -against-                                       :
                                                            :     ORDER
3 WAY RESTAURANT, INC., et al.,                             :
                              Defendants.                   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 11, 2020, the Court directed Defendants 3 Way Restaurant Inc. (d/b/a 3 Way), Migeulina Luna and Luis O. Bruno to appear to show cause before a motion term of the Court, on October 8, 2020, why a judgment of default should not be entered pursuant to Rule 55 of the Federal Rules of Civil Procedure against them (the "Hearing") (Dkt. No. 40); it is hereby

**ORDERED** that Hearing is ADJOURNED to October 15, 2020, at 10:40 a.m. The Hearing will be telephonic and will occur on the following conference line: (888) 363-4747, access code: 5583333. The time of the Hearing is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: October 2, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE