UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DALMADO GAUTIER, et al.,
                              Plaintiffs,

         -against-

3 WAY RESTAURANT, INC., et al.,

                              Defendants.
------------------------------------------------------------X

20 Civ. 3776 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this Court's Order, dated October 16, 2020, required the parties to file a proposed joint letter and case management plan by November 5, 2020, (*see* Dkt. No. 48 (citing Dkt. Nos. 12 and 35));

WHEREAS, the initial pretrial conference is scheduled for November 12, 2020, at 10:40 a.m. (Dkt. No. 48);

WHEREAS, the parties failed to file the joint letter or proposed case management plan; it is hereby

**ORDERED** that, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **November 9, 2020**.

Dated: November 6, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE