UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
            :
DALMADO GAUTIER,     :
             Plaintiff,    :
            :       20 Civ. 3776 (LGS)
        -against-    :
            :       <u>ORDER</u>
3 WAY RESTAURANT, INC., et al.,    :
            Defendants.    :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, pursuant to the Civil Case Management Plan and Scheduling Order, a pre-motion conference for any anticipated dispositive motions is scheduled for April 1, 2021, and any pre-motion letters in anticipation of a motion for summary judgment or other dispositive motion were due by March 18, 2021. Dkt. No. 52.

       WHEREAS, no such pre-motion letters were filed. It is hereby

       **ORDERED** that the April 1, 2021, pre-motion conference is **CANCELLED**. It is further

       **ORDERED** that this case will be placed on the Court's trial-ready calendar. It is further

       **ORDERED** that by **April 8, 2021**, the parties shall meet and confer and file a letter proposing three Mondays in the third quarter of 2021 on which they could commence a trial and stating the estimated duration of the trial. The Court will request a courtroom to commence a trial in this matter on or around the proposed dates and notify the parties of any firm or back-up trial date when third quarter courtroom assignments are made (approximately a month in advance). Dates for pretrial submissions will follow in a separate order.

Dated: March 29, 2021
        New York, New York

                                          LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE