UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                            :
DALMADO GAUTIER,                                :
                            Plaintiff,                 :
                                                            :       20 Civ. 3776 (LGS)
                     -against-                     :
                                                            :               <u>ORDER</u>
3 WAY RESTAURANT, INC., et al.,         :
                                 Defendants.      :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, pursuant to the Amended Civil Case Management Plan and Scheduling Order a status letter was due on November 22, 2021.  (Dkt. No. 78.)

        WHEREAS, no such status letter was filed.  It is hereby

        **ORDERED** that by **November 29, 2021, at noon**, the parties shall file a joint status letter.

Dated: November 23, 2021
           New York, New York

                                                                    LORNA G. SCHOFIELD
                                                             UNITED STATES DISTRICT JUDGE