UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    DALMADO GAUTIER, et al.,
                      Plaintiffs,

             -against-                    20 Civ. 3776 (LGS)

                                        **ORDER**
    3 WAY RESTAURANT, INC., et al.,
                      Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that a status conference will be held on **May 9, 2022, at 4:30 p.m.**, in Courtroom 110 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York 10007. Counsel shall attend, as well as each of the parties (and in the case of entities, a representative of each entity).

Dated:  April 28, 2022
          New York, New York

                                                      LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE