UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALMADO GAUTIER, et al.,

                    Plaintiffs,

          -against-

3 WAY RESTAURANT, INC., et al.,

                    Defendants.

20-CV-3776 (JGLC)

**NOTICE OF**
**REASSIGNMENT**

JESSICA G. L. CLARKE, United States District Judge:

          This case has been reassigned to the undersigned. Unless and until the Court orders
otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's
reassignment, including Dkt. No. 114. **All counsel must familiarize themselves with the**
**Court's Individual Rules and Practices, which are available at**
**https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: July 24, 2023
          New York, New York

                              SO ORDERED.

                              _Jessica Clarke_____

                              JESSICA G. L. CLARKE
                              United States District Judge