**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DALMADO GAUTIER, individually and on
behalf of others similarly situated,

                Plaintiff,                        20 **CIVIL** 3776 (JGLC)(OTW)

      -against-                                **JUDGMENT**

3 WAY RESTAURANT, INC. (d/b/a 3 WAY),
MIGUELINA Y LUNA, and LUIS O. BRUNO,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 2, 2025, the Court has reviewed the Report and Recommendation, unguided by objections, and finds it to be well reasoned and grounded in fact and law. The Report and Recommendation is ADOPTED in its entirety. Defendants are held jointly and severally liable to Plaintiff for the following: $106,222.31 in unpaid minimum wage and overtime damages; $106,222.31 in liquidated damages; and $32.00 in unlawful deduction damages. This totals to $212,476.62 in total damages. Plaintiff is awarded $50,337.18 in pre-judgment interest in accordance with the New York Labor Law; post-judgment interest calculated in accordance with 28 U.S.C. § 1961(a); and attorney's fees and costs in the amount of $8,072.50; accordingly, the case is closed.

**Dated:** New York, New York
        October 6, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                    **BY:**      *K. Mango*

                                                        **Deputy Clerk**